# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**MARK CONNOR**  **PETITIONER**
Reg. # 11515-02

v.  Case No. 2:19-cv-00020-KGB/JTR

**DEWAYNE HENDRIX,**
Warden, FCC Forrest City  **RESPONDENT**

## ORDER

The Court has reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 14). Plaintiff Mark Connor has not filed any objections, and the time to file objections has passed. After carefully considering the record in this case, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The Court dismisses with prejudice Mr. Connor's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Dkt. No. 1).

It is so ordered this 10th day of February, 2020.

Kristine G. Baker
United States District Judge