IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MARK CONNOR**                                                                                     **PETITIONER**
**Reg. # 11515-02**

**v.**                         **Case No. 2:19-cv-00020-KGB/JTR**

**DEWAYNE HENDRIX,**
**Warden, FCC Forrest City**                                                                 **RESPONDENT**

## **JUDGMENT**

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff Mark Connor's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is hereby denied with prejudice (Dkt. No. 1).

It is so adjudged this 10th day of February, 2020.

_____
Kristine G. Baker
United States District Judge